# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 06-4087

_____

| | | |
|---|---|---|
| Richard Connally; | * | |
| | * | |
| Appellant, | * | |
| | * | |
| Clarence Washington, II; Victor L. | * | |
| Winzer; James E. Phillips, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Ron Ashton, in his individual and | * | Western District of Missouri. |
| official capacity as President of | * | |
| American Ingredients Company; | * | [UNPUBLISHED] |
| American Ingredients Company; Mike | * | |
| Roepke, Business Representative, | * | |
| Association of Machinists and | * | |
| Aerospace Workers Union; Joe | * | |
| McCarthy; Gordon Breast, Warehouse | * | |
| Manager, Individual and Official | * | |
| Capacity; Jay Cherry; International | * | |
| Association of Machinists and | * | |
| Aerospace Workers, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 16, 2007
Filed: November 20, 2007

_____

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Richard Connally appeals the district court's[1] dismissal of his employment-discrimination action. Upon careful review, we dismiss the appeal for lack of jurisdiction because Connally's December 4 notice of appeal was not filed within 30 days of the October 2 entry of judgment, and his October 27 motion to vacate the judgment did not toll the time for filing a notice of appeal. See Fed. R. App. P. 4(a)(1)(A) (notice of appeal must be filed within 30 days after judgment is entered); Fed. R. App. 4(a)(4)(A) (if party timely files Fed. R. Civ. P. 59(e) motion or Rule 60 motion no later than 10 days after judgment is entered, time to file appeal runs for all parties from entry of order disposing of last remaining motion); Fed. R. Civ. P. 59(e) (motion to alter or amend judgment shall be filed no later than 10 days after entry of judgment); Arnold v. Wood, 238 F.3d 992, 995-96 (8th Cir. 2001) (time for filing NOA was not tolled where plaintiff did not file his Rule 59(e) and 60(b) motion within 10 days of entry of judgment); Dieser v. Cont'l Cas. Co., 440 F.3d 920, 923 (8th Cir. 2006) (timely NOA is mandatory and jurisdictional, and court will raise jurisdictional issues sua sponte).

Accordingly, the appeal is dismissed, and Connally's pending motion on appeal is denied as moot.

_____

_____

[1]The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

-2-